**William H. EVANS, Jr., Petitioner–Appellant,**

v.

**UNITED STATES MARSHAL SERVICE; Warden, Ross Correctional Institution, Respondents–Appellees.**

**No. 15–7788**

United States Court of Appeals, Fourth Circuit.

Submitted: February 3, 2016

Decided: June 29, 2016

William H. Evans, Jr., Appellant Pro Se.

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William H. Evans, Jr., seeks to appeal the district court's order transferring his 28 U.S.C. § 2241 (2012) action to the Southern District of Ohio. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Evans seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See In re Carefirst of Md., Inc., 305 F.3d 253 (4th Cir. 2002). Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED